IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**APRIL ARMSTRONG**                                                       **PLAINTIFF**

**VS.**                      **CASE NO. 3:15CV00294 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                              **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 20th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE